FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 2 7 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THOMAS M. MARSHALL,

               Plaintiff,

        vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

              Defendant.

Case No. CV 11-1342-JST(JPR)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF U.S.
MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of the U.S. Magistrate Judge.  On January 3, 2012, Plaintiff filed objections to the Report and Recommendation.  On January 11, 2012, Defendant filed a response to Plaintiff's objections. The Court has made a de novo determination of those portions of the Report and Recommendation to which objections have been made. Although Plaintiff continues to assert that the Vocational Expert's testimony "deviated" from the description of a self-service laundry attendant in the Dictionary of Occupational Titles (see, e.g., Objections at 4), Plaintiff has never identified what that alleged deviation is, and the Court has not

1

1  identified any such variance.

2      Having reviewed the record, the Court concurs with and

3  accepts the Magistrate Judge's recommendations.   IT THEREFORE IS

4  ORDERED that Judgment be entered denying the Complaint and

5  dismissing this action with prejudice.

6

7  DATED: ___1/24/2012___

8                              JOSEPHINE STATON TUCKER
                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28