FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. MARSHALL,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>    Defendant. | Case No. CV 11-1342-JST(JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of the U.S. Magistrate Judge. On January 3, 2012, Plaintiff filed objections to the Report and Recommendation. On January 11, 2012, Defendant filed a response to Plaintiff's objections. The Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Although Plaintiff continues to assert that the Vocational Expert's testimony "deviated" from the description of a self-service laundry attendant in the Dictionary of Occupational Titles (<u>see, e.g.</u>, Objections at 4), Plaintiff has never identified what that alleged deviation is, and the Court has not

1  identified any such variance.
2      Having reviewed the record, the Court concurs with and
3  accepts the Magistrate Judge's recommendations.  IT THEREFORE IS
4  ORDERED that Judgment be entered denying the Complaint and
5  dismissing this action with prejudice.
6
7  DATED: __1/26/2012__           _____
8                                  JOSEPHINE STATON TUCKER
                                   UNITED STATES DISTRICT JUDGE